FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Tommy Anthony Veal, DEFENDANT(S). | CASE NUMBER **CR09-822 AHM** ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant's Counsel, Errol Stambley_, IT IS ORDERED that a detention hearing is set for _Tuesday, October 27_, _____, at _2009_ ☐ a.m. / ☒ p.m. before the Honorable _Ralph Zarefsky_, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/22/09_

_____
U.S. District Judge/Magistrate Judge